UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 17 INSURANCE FUND and TRUSTEES OF THE LABOR MANAGEMENT COOPERATION TRUST FUND,<br>Plaintiffs,<br><br>v.<br><br>EAGLE CORNICE CO., INC.,<br>Defendant. | C.A. No. 20-cv-11958-DLC |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs, by their attorneys, hereby dismiss this case with prejudice and without costs as the matter has been settled.

WHEREFORE, the Plaintiffs respectfully request that this Court dismiss this action in its entirety.

Respectfully submitted,

TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 17 INSURANCE FUND and TRUSTEES OF THE LABOR MANAGEMENT COOPERATION TRUST FUND,

by their attorneys,

/s/ Elizabeth A. Sloane
Elizabeth A. Sloane, Esq.
BBO #567866
SEGAL ROITMAN, LLP
33 Harrison Avenue, 7th Floor
Boston, MA 02111

(617) 603-1433<br>
(617) 909-6161 (mobile)<br>
(617) 742-2187 (fax)<br>
esloane@segalroitman.com

Dated:  March 11, 2021

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the above Notice of Dismissal has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepared, to those indicated as non-registered NEF participants on this 11th day of March, 2021.

/s/ Elizabeth A. Sloane___<br>
Elizabeth A. Sloane, Esq.

EAS/eas&ts
6922-20312/notice-dismissal.doc